No. A–500 (73–862). LIMONE *v.* UNITED STATES. C. A. 1st Cir. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–437 (73–5696). KREAGER *v.* GENERAL ELECTRIC Co. ET AL. C. A. 2d Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 72–700. HERNANDEZ ET AL. *v.* VETERANS' ADMINISTRATION ET AL. C. A. 9th Cir. [Certiorari granted, 411 U. S. 981.] Motion to permit two counsel to argue on behalf of petitioners granted. Motion of petitioners to permit Jack R. Petranker, Esquire, of San Francisco, California, to argue *pro hac vice* granted.

No. 72–1371. ALEXANDER, COMMISSIONER OF INTERNAL REVENUE *v.* "AMERICANS UNITED" INC. C. A. D. C. Cir. [Certiorari granted, *sub nom. Walters* v. *"Americans United" Inc.*, 412 U. S. 927.] Motion of National Jewish Commission on Law & Public Affairs for leave to file an untimely brief as *amicus curiae* denied.

No. 72–1628. TELEPROMPTER CORP. ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and
No. 72–1633. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. *v.* TELEPROMPTER CORP. ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 817.] Motion of Columbia Broadcasting System, Inc., et al., for divided argument granted. Motion of American Society of Composers, Authors & Publishers for leave to file a brief as *amicus curiae* in No. 72–1633 granted.

No. 72–5830. PATTERSON *v.* WARNER ET AL. Appeal from D. C. S. D. W. Va. [Probable jurisdiction noted, 411 U. S. 905.] Consideration of appellant's suggestion of mootness postponed to hearing of case on the merits.